Advanced Rehab Med. SVCS, P.C. v NY Cent. Mut. Fire Ins. Co. (2020 NY Slip Op
51361(U))

[*1]

Advanced Rehab Med. SVCS, P.C. v NY Cent. Mut. Fire Ins.
Co.

2020 NY Slip Op 51361(U) [69 Misc 3d 142(A)]

Decided on November 13, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on November 13, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DAVID ELLIOT, BERNICE D. SIEGAL, JJ

2018-2091 K C

Advanced Rehab Medical SVCS, P.C., as
Assignee of Cindy Gordonsoto, Appellant,
against
NY Central Mutual Fire Ins. Co., Respondent.

Gary Tsirelman, P.C. (Douglas Mace of counsel), for appellant.
Nightingale Law, P.C. (Michael S. Nightingale of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (John J.
Kelley, J.), entered April 20, 2017. The order granted defendant's motion for summary judgment
dismissing the complaint.

ORDERED that the order is affirmed, with $25 costs.
Contrary to plaintiff's argument, defendant's proof sufficiently established that plaintiff's
assignor had failed to appear for the scheduled independent medical examinations (see
Stephen Fogel Psychological, P.C. v Progressive Cas. Ins. Co., 35 AD3d 720 [2006]).
Plaintiff's remaining contention lacks merit.
Accordingly, the order is affirmed.
ALIOTTA, P.J., ELLIOT and SIEGAL, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: November 13, 2020